IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J. P. S.,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2582

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

Edward Iturralde, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.